Eugene J. Egan (State Bar No. 130108)
 eje@manningllp.com
Gabriella Pedone (State Bar No. 308384)
 gap@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PONNIE HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, a foreign corporation, and DOES 1-10,<br><br>    Defendant. | Case No. 5:22-cv-01630-JGB-KKx<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff PONNIE HILL for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the San Bernardino Superior Court pursuant to the terms of the Stipulation as Case No. CIVSB2210882.

Dated: October 28, 2022

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE